NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
rhikida@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD SECOLA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>APPGRINDERS LLC, a Georgia limited liability company; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-01150-JAM-KJN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jarrod Secola voluntarily dismisses without prejudice this action against Appgrinders LLC ("Defendant").  Defendant has not yet filed or served a response to Plaintiff's Complaint, or otherwise appeared in this action.

Dated:  June 13, 2016                NEWPORT TRIAL GROUP, APC

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorney for Plaintiff